**Order entered April 25, 2019**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01009-CV

### AJANI REESE, Appellant

### V.

### HIGHLAND PARK APARTMENTS, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-18-03315-E**

## ORDER

Before the Court is appellant's motion for a sixty-day extension of time to file his amended brief. We **GRANT** the motion to the extent we **ORDER** the brief be filed no later than May 28, 2019.

/s/    KEN MOLBERG
JUSTICE